✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR -5 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
     v.                         )   2:11-CR-158-JCM (CWH)
                                )
FRANKLIN ESPINO-ZAMORA,         )
                                )
            Defendant.          )

## FINAL ORDER OF FORFEITURE

On December 27, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant FRANKLIN ESPINO-ZAMORA to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant FRANKLIN ESPINO-ZAMORA pled guilty. Docket #1, #31, #33, #35.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 31, 2011, through January 29, 2012, notifying all third parties of their right to petition the Court. #36.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1    This Court finds no petitions are pending with regard to the assets named herein and the time
2    for presenting such petitions has expired.
3        THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4    title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5    United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6    32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
7    2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
8    law:

    (a)    a J.C. Higgins Model 30 .22-caliber rifle bearing no serial number;

    (b)    a Winchester Model 94 .32 Winchester Special rifle bearing serial number 5086310;

    (c)    a Winchester Model 94AE .30-30 caliber rifle bearing serial number 6334420;

    (d)    a Blue Sky Model M1 .30-caliber rifle bearing serial number 1607533;

    (e)    a Norinco 7.62 millimeter rifle bearing serial number 1602922;

    (f)    an L.C. Smith 12-gauge shotgun bearing serial number 182023;

    (g)    a Mossberg Model 500A 12-gauge shotgun bearing serial number J969053;

    (h)    a Remington Model 870 Wingmaster 20-gauge shotgun bearing serial number T436990X;

    (i)    a Colt Model AR-15 .223-caliber rifle bearing serial number SP65181;

    (j)    a CZ Model 24 .380-caliber handgun bearing serial number 164713;

(k) a Chinese Model MAK-90 Sporter 7.62 millimeter rifle bearing serial number CW11352;

(l) a General Motors Model M1 .30-caliber rifle bearing serial number 112364;

(m) a Remington Model 700 .30-06 caliber rifle bearing serial number A6421257;

(n) a Ruger Model 10/22 .22-caliber rifle bearing serial number 118-38391;

(o) a Mossberg Model 183KD .410-gauge shotgun bearing serial number 80606; and

(p) any and all ammunition.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 5th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE